IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TIFFANY PUGH<br><br>    Plaintiff,<br><br>vs.<br><br>FANG JUNQING and<br>YING LAN TRUCKING EXPRESS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   No.    16-cv-1881<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed, by and between the parties to the above entitled cause, that said cause having been settled as to defendants, FANG JUNQING and YING LAN TRUCKING EXPRESS, the action may be dismissed with prejudice to plaintiff, with each party to bear its own costs and the court file may be closed.


BADER & MUROV, LLC                     DeFRANCO & BRADLEY, P.C.


 /s/Patrick K. Bader                                         /s/Brittany P. Warren
Patrick K. Bader, #62304                James E. DeFranco, #32830
Jacob C. Murov, #62478                  Brittany P. Warren, #68873
230 South Bemiston Ave., Suite 560      141 Market Place, Suite 104
St. Louis, Missouri  63105              Fairview Heights, IL 62208
(314) 833-5063                          (618) 628-2000
patrick@badermurovlaw.com               (618) 628-2007 Fax
jacob@badermurovlaw.com                 defranco@defrancolaw.com
ATTORNEYS FOR PLAINTIFF                 warren@defrancolaw.com
                                        ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2018, I electronically filed the parties' foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

        DeFRANCO & BRADLEY, P.C.

        James E. DeFranco, #32830
        Brittany P. Warren, #68873
        141 Market Place, Suite 104
        Fairview Heights, IL 62208
        (618) 628-2000
        (618) 628-2007 Fax
        defranco@defrancolaw.com
        warren@defrancolaw.com
        ATTORNEYS FOR DEFENDANTS


        ___Patrick K. Bader_____